```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-16-2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

UNITED STATES OF AMERICA

        - v. -

HEAVEN WEST,

               Defendant.

------------------------------------- X

**ORDER**

21 Cr. 729 (LAK)

      WHEREAS, with the consent of defendant Heaven West, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 14, 2022;

      WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:    New York, New York
           December 16, 2022

                                                            _____
                                                            THE HONORABLE LEWIS A. KAPLAN
                                                             UNITED STATES DISTRICT JUDGE
                                                             SOUTHERN DISTRICT OF NEW YORK