

SAHLI LAW, PLLC
195 BROADWAY, 4TH FLOOR
BROOKLYN, NY 11211
PH: 347-378-8132
WWW.SAHLILAW.COM

_____

June 16, 2023

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

MEMO ENDORSED
.
Application granted on consent of the Government.
.
.
So Ordered:_____/s/_____
                                          Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 6/21/2023

      RE: <u>United States v. Heaven West</u>, 21 Cr. 729 (LAK)

Dear Judge Kaplan:

I represent Heaven West in the above-referenced matter. I request an adjustment of Ms. West's bail conditions to allow her to possess personal identifying information of others as required by her current employment responsibilities.

Ms. West has the following bail conditions:
- Def. may not possess personal identifying information of others or create fraudulent documents.

Ms. West's current employment has expanded her responsibilities to include obtaining identification documents of job applicants, making copies of these documents, entering identification information into the employer's database, then returning the identification documents to the job applicants.

The Defense requests that the Court modify the conditions of her bail to allow Ms. West to possess personal identifying information for the sole purpose of her current job responsibilities. This modification will allow Ms. West to continue her employment. The Government does not object to this request.

Please contact me if you have any questions or concerns.

                                                              Very truly yours,

                                                              <u>/s/ Emilee Sahli</u>
                                                              Emilee A. Sahli, Esq.

CC:    Michael Neff, Assistant United States Attorney (via email)
           Marlon G. Kirton, Esq. (via email)



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 16, 2023

**BY EMAIL**

The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    United States v. Heaven West,
                21 Cr. 729 (LAK)

Dear Judge Kaplan:

    This afternoon, defendant Heaven West filed a bail modification motion, requesting that she be permitted to possess the personal identifying information of other individuals for the sole purpose of her current job responsibilities. (Dkt. 88). The Government has no objection to this request. Please let us know if anything further would be useful.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney for the
                Southern District of New York

    By:   _____
                Michael D. Neff
                Assistant United States Attorney
                (212) 637-2107

cc: Marlon Kirton, Esq. (via email)