

# MEMO ENDORSED

SAHLI LAW, PLLC
195 BROADWAY, 4TH FLOOR
BROOKLYN, NY 11211
PH: 347-378-8132
WWW.SAHLILAW.COM

October 22, 2023

**VIA ECF**
Hon. Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-23
```

RE: United States v. Heaven West, 21 Cr. 729 (LAK)

Dear Judge Kaplan:

I, along with Marlon G. Kirton, represent Heaven West in the above-referenced matter. I request an adjustment of Ms. West's bail conditions to allow her to travel to Houston, Texas from October 27, 2023, through November 1, 2023, for a family visit.

The current bail conditions for Ms. West limit travel to the Southern and Eastern Districts of New York and Northern Districts of Georgia, and districts between for travel to court, meetings with counsel, and medical appointments. Ms. West is still employed and still in compliance with her conditions of release.

The Defense requests that the Court modify the conditions of her bail to allow Ms. West to travel to Houston, Texas for a family visit. Pretrial Services has Ms. West's complete itinerary. Pretrial Services and the Government have no objection to this request.

Please contact me if you have any questions or concerns.

Very truly yours,

/s/ Emilee Sahli
Emilee A. Sahli, Esq.

CC:   Michael Neff, Assistant United States Attorney (via email)
      Marlon G. Kirton, Esq. (via email)

Granted.
SO ORDERED

_____
LEWIS A. KAPLAN, USDJ
Date: 10-23-2023