```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    ORDER
          - v. -                     :
                                     :    21 Cr. 729 (LAK)
HEAVEN WEST,                         :
                                     :
               Defendant.            :
                                     :
------------------------------------X
```

WHEREAS, with the consent of defendant Heaven West, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on December 14, 2022;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         ~~December~~ Feb. 1, ~~2022~~ 2024

_____
THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK